**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6677**

---

CALVIN SLADE,

Plaintiff - Appellant,

versus

LIZ LINDSLEY; DOCTOR HAMMOND; DOCTOR BEACOTTE;
WAYNE HILLARD; JOHN THOMPSON, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. William M. Kidd, Senior District Judge. (CA-96-65-1)

---

Submitted: September 5, 1996      Decided: September 17, 1996

---

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Calvin Slade, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief pursuant to 28 U.S.C. § 1915(d) (1988) on his <u>Bivens</u> complaint.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Slade v. Lindsley</u>, No. CA-96-65-1 (N.D.W. Va. Apr. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>See</u> <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).